IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BEN C. HARVEY, )<br><br>             Plaintiff, )<br><br>       v. )<br><br>I.M.S.I. Mental Health Psychologist )<br>CHAD SOMBKE, and Psychiatrist )<br>KENNETH KHATTAIN, )<br><br>         Defendants. )<br>_____ ) | Case No. CV-05-91-S-BLW<br><br>**ORDER** |

The Court previously gave notice of its intent to appoint Carl P. Burke, Esq. as counsel for Plaintiff.  Mr. Burke informed the Court that he is unable to serve as counsel for Plaintiff.  Accordingly, the Court gives notice of its intent to appoint Richard C. Boardman of Perkins Coie as counsel for Plaintiff.  Mr. Boardman's address is 251 E. Front Street, Suite 400, P.O. Box 737, Boise, ID 83701-0737, telephone number (208) 343-3434.  The appointment shall be pursuant to the Court's Pro Bono Program through which counsel's out-of-pocket litigation expenses are paid.

Plaintiff alleges that he suffers from mental illness, and that he has been receiving inadequate psychiatric care.  Plaintiff has also alleged that he is suicidal.

**ORDER  1**

Based on the seriousness of Plaintiff's allegations, and the further claim that at least five inmates have committed suicide over the past year at ISCI, the Court has identified this case as one warranting appointment of counsel.

Defendants have filed both a motion to dismiss and a motion for summary judgment in this action.  It appears that Plaintiff has adequately responded to the Motion to Dismiss, and, therefore, the Court will issue a ruling based on the briefs in that motion.  The Court will provide additional time within which Plaintiff's counsel may conduct discovery and file a response to Defendants' Motion for Summary Judgment.  The Court will issue a scheduling order in this case after it receives input from Plaintiff's counsel.

The Court is aware of three additional inmates who have filed a lawsuit alleging similar psychiatric treatment claims.  *See Abbott v. Sombke, et al., CV-03-472-S-BLW*.  The Court recently located counsel for this case.  The Court reviewed the allegations in these cases and determined that it would be appropriate to consolidate them.  The Court issued notice of its intent to consolidate CV05-91-S-BLW with CV03-472-S-BLW.  Two Defendants filed an objection to the consolidation.  The Court will defer a ruling on the consolidation issue until Plaintiff's counsel has had an opportunity to respond to the consolidation notice.

Additionally, the Court anticipates referring the cases for a settlement

**ORDER  2**

conference with Judge David O. Carter during the week of August 21-25, 2006.

Accordingly, counsel will be directed to notify the Court's ADR Program Director,

Denise Asper, about their availability on one of those dates.  Ms. Asper can be

contacted at 334-9067.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Court gives notice

of its intent to appoint Richard C. Boardman  as counsel for Plaintiff.  A copy of

this Order shall be sent to Mr. Boardman at Perkins Coie, 251 E. Front Street, Suite

400, P.O. Box 737, Boise, ID 83701-0737.  Objections to the notice of intent to

appoint counsel shall be filed within ten (10) days of this Order's date.

IT IS FURTHER HEREBY ORDERED that the parties shall notify the

Court's ADR Program Director about their availability for a settlement conference

as set forth above.

DATED:  **March 2, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER  3**